UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS EDISON DELONG,

          Plaintiff,          Case no. 11-11742
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(3), has fully reviewed the record and pleadings in this matter, including Magistrate Judge David R. Grand's February 24, 2012 Report and Recommendation, Plaintiff's March 22, 2012 Objections, and Defendant's April 5, 2012 Response. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: April 18, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 18, 2012, using the ECF system.

s/William Barkholz  
Case Manager
